# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

CRAIG HEATH,

    Plaintiff,                                      CASE NO.:  3:17-CV-00129-TCB

-vs-

CARSON SMITHFIELD, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Craig Heath, and the Defendant, Carson Smithfield, LLC, through their respective undersigned counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 41.1 (N.D. Ga.), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 10th day of April, 2018.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Monica Gilroy* |
| Octavio "Tav" Gomez, Esquire | Monica K. Gilroy, Esquire |
| Morgan & Morgan, Tampa, P.A. | Gilroy Bailey Trumble, LLC |
| One Tampa City Center | 3780 Mansell Rd., Suite 140 |
| 201 N. Franklin St., 7th Floor | Alpharetta, GA 30022 |
| Tampa, FL 33602 | Tele: (678) 280-1922 |
| Tele: (813) 223-5505 | Fax: (678) 280-1923 |
| Fax: (813) 223-5402 | Monica.gilroy@gilroyfirm.com |
| tgomez@forthepeople.com | Georgia Bar#: 427520 |
| Georgia Bar#: 617963 | Attorney for Defendant |
| Attorney for Plaintiff | |